UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-30545 |
| JACOB A LEGRAFF, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the Motion of the Movant, Wells Fargo Bank, NA, the Court having jurisdiction and being advised in the premises, and due notice having been given:
IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow Wells Fargo Bank, NA to foreclose the mortgage on the property located at: 333 Cass Street, Crete, IL 60417 or to take action, with respect to this real property, as set forth under applicable non-bankruptcy law such as modification, short sale, and other loss mitigation options.
2. That any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to Wells Fargo Bank, NA in connection with the subject real property are withdrawn as to any unpaid portion thereof for the purposes of these proceedings only.
3. That Federal Bankruptcy Rule 4001(a)(3) is not applicable and Wells Fargo Bank, NA may immediately implement and enforce this order granting relief from the automatic stay.

Enter:   *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  January 24, 2020

**Prepared by:**

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-084807