**Fill in this information to identify the case:**

Debtor 1: Jacob A LeGraff

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 1730545

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 1524.52

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 2 4

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 173.00      New escrow payment: $ 908.98

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____      New mortgage payment: $ _____

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘  /s/Emily Marchino                                    Date  06/04/2019
   Signature

Print: MARCHINO,EMILY                                   VP Loan Documentation
       First Name   Middle Name   Last Name             Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number           Street
         1000 Blue Gentian Road
         Address 2
         Eagan                         MN        55121-7700
         City                          State     ZIP Code

Contact phone  800-274-7025                             NoticeOfPaymentChangeInquiries@wellsfargo.com
                                                        Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Chapter 13  No. 1730545
Judge: Pamela S. Hollis

In re:

Jacob A LeGraff

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 05, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Jacob A LeGraff
333 Cass St.

Crete IL 60417

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:  By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.

Skokie IL 60076

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:  By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Glenn B Stearns
Trustee
801 Warrenville Road Suite 650

Lisle IL 60532

/s/Emily Marchino
_____
VP Loan Documentation

Wells Fargo Bank, N.A.

**Wells Fargo Home Mortgage**
Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

PERF
Date: May 1, 2019
Loan Number: ███

JACOB A LEGRAFF
333 CASS ST
CRETE  IL 60417-3032

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

**Why are you receiving this disbursement?**
A check has been issued from your escrow account in the amount of $5,173.42.

**We're here to help**
We're happy to assist you with your home financing needs. If you have any questions, please contact us at the number listed above.

Escrow disbursement
**$5,173.42**

Check attached



Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18

---

**Wells Fargo Home Mortgage**
P.O. Box 10335
Des Moines, IA 50306-0335

WELLS FARGO BANK NA
WELLS FARGO BANK N.A.
ESCROW DISB CLRNG/936
A06 0AF ███

Check Number: ███

17-0001
0910

| Mo | Day | Year |
|---|---|---|
| 05 | 01 | 19 |

**VOID ** FOR DISPLAY ONLY ** VOID**

For payment of escrow to mortgagor

**FIVE THOUSAND ONE HUNDRED SEVENTY THREE AND 42/100 DOLLARS**

Amount
$*******5,173.42

Void if not cashed within 180 days

**Pay to the order of**
JACOB A LEGRAFF
333 CASS ST
CRETE  IL 60417-3032


Authorized signature

PERF

ENDORSE HERE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ★

THIS SECURITY FEATURES ON THIS DOCUMENT INCLUDE A MICROPRINT SECURITY BORDER AND SECURITY SCREEN. ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC